UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TODD KREISLER,

                 **Plaintiff,**

-against-

455 BROADWAY REALTY LLC, et al.,

                 **Defendants.**

------------------------------------------------------------X

19-CV-08584 (JPO)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

The Initial Pretrial Conference scheduled for Wednesday, March 11, 2020, at 2:00 p.m. will be held telephonically. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 9, 2020
                New York, New York