```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2020

TODD KREISLER,

                Plaintiff,                19-CV-08584 (JPO)(SN)

     -against-                **SETTLEMENT CONFERENCE ORDER**

455 BROADWAY REALTY LLC, et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     A settlement conference is scheduled for Thursday, May 7, 2020, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

     The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, April 30, 2020. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

     Finally, Plaintiff's expert shall conduct a site visit of the premises at least three weeks before the settlement conference and, thereafter, the parties shall meet and confer on any outstanding remediation issues.

**SO ORDERED.**

                                             _____
                                             SARAH NETBURN
                                             United States Magistrate Judge

DATED:    March 12, 2020
                New York, New York