UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TODD KREISLER,

                             Plaintiff,

              -against-

455 BROADWAY REALTY LLC, et al.,

                           Defendants.

-----------------------------------------------------------------X

19-CV-08584 (JPO)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2020

SARAH NETBURN, United States Magistrate Judge:

       The Court's April 10, 2020 Order, ECF No. 41, directed the parties to submit a letter when they have information regarding the ability to conduct a site visit. By July 6, 2020, the parties shall file a joint letter updating the Court on the status of the site visit and indicating whether they wish to schedule a settlement conference.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 1, 2020
              New York, New York