UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

TODD KREISLER,

                      **Plaintiff,**                  1:19-CV-08584 (JPO)(SN)

     -against-                                       **ORDER**

455 BROADWAY REALTY LLC et al.,

                      **Defendants.**

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On July 22, 2020, Defendant Muji U.S.A. Limited filed a suggestion of bankruptcy with the Court. ECF No. 49. On July 24, 2020, the Court stayed the case as to Defendant Muji U.S.A. Limited. ECF No. 50. Following a status conference on July 29, 2020, Defendant Muji U.S.A. Limited was directed to file a status letter with the Court by September 28, 2020, providing an update as to the status of the bankruptcy proceedings. No such letter was received by the Court. The Court directs ALL PARTIES to file a joint status letter with the Court, which should address the status of the bankruptcy proceedings and any other developments in this case.

**SO ORDERED.**

DATED:     New York, New York
               October 2, 2020

                                                     SARAH NETBURN
                                                       United States Magistrate Judge