UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TODD KREISLER,

       **Plaintiff,**       1:19-CV-08584 (JPO)(SN)

  -against-            <u>ORDER</u>

455 BROADWAY REALTY, LLC, et al.,

       **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On July 22, 2020, Defendant Muji U.S.A. Limited filed a suggestion of bankruptcy with the Court. ECF No. 49. On July 24, 2020, the Court stayed the case as to Defendant Muji U.S.A. Limited. ECF No. 50. The Court directs ALL PARTIES to file a joint status letter with the Court, which should address the status of the bankruptcy proceedings and any other developments in this case by November 13, 2020, and at 45-day intervals thereafter until the bankruptcy proceedings are completed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
     November 6, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020