UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER,

                Plaintiff,

-v-

455 BROADWAY REALTY LLC, ET AL.,

                Defendants.

19-CV-8584 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for Defendant Muji U.S.A. Limited ("Muji") in the above-referenced ADA action informed the court that, pursuant to an order confirming Muji's bankruptcy plan, all claims against Muji have been permanently enjoined and discharged. (Dkt. No. 59.)

    Accordingly, the Clerk of Court is directed to dismiss Defendant Muji from the case.

    SO ORDERED.

Dated: January 11, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge